**DISMISSED and Opinion Filed March 29, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00114-CV**
_____

**IN RE JAMES DRAUCKER, Relator**

**Original Proceeding from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. WR1-22-0006**

# MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Kennedy
Opinion by Justice Kennedy

In this original proceeding, James Draucker has filed three petitions seeking original habeas relief from this Court in connection with his pending extradition to the State of Pennsylvania. Relator has also filed a motion seeking appointment of counsel. In a previous proceeding, the Court affirmed the trial court's order denying habeas relief on relator's extradition. *See Ex parte Draucker*, No. 05-22-00615-CR, 2022 WL 6935605 (Tex. App.—Dallas Oct. 12, 2022, pet. ref'd) (mem. op., not designated for publication). The Court issued its mandate on the extradition appeal on February 15, 2023.

This Court does not have original jurisdiction to consider petitions seeking habeas relief generated in connection with criminal proceedings. *See* TEX. CODE

CRIM. PROC. ANN. art. 11.05; TEX. GOV'T CODE ANN. § 22.221(d); *In re Spriggs*, 528 S.W.3d 234, 236 (Tex. App.—Amarillo 2017, orig. proceeding); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam); *see also In re Thomas*, 05-14-01320-CV, 2014 WL 6546580, at *1 (Tex. App.—Dallas Oct. 23, 2014, orig. proceeding) (mem. op.).

Accordingly, we deny the motion seeking appointment of counsel, and we dismiss the petitions for want of jurisdiction.

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

230114F.P05